530 S.E.2d 126

**The STATE of South Carolina, Respondent,**

v.

**Pierre WILSON, Appellant.**

No. 25094.

Supreme Court of South Carolina.

Heard Jan. 5, 2000.

Decided March 27, 2000.

Rehearing Denied May 24, 2000.

Richard H. Warder and Cheryl Aaron, of Greenville, for appellant.

Attorney General Charles M. Condon, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Assistant Attorney General Derrick K. McFarland, all of Columbia: and Solicitor Robert M. Ariail, of Greenville, for respondent.

TOAL, Justice:

Appellant Pierre Wilson ("Defendant") and Michael Martin were convicted of murder. Defendant has appealed. We reverse.

The issues involved in this appeal are identical to those raised in *State v. Martin,* —— S.C. ——, —— S.E.2d ——, 2000 WL 760707, Op. No. 25093 (S.C.Sup.Ct. filed June 12, 2000) (Shearouse Adv. Sh. No. 12 at 1). Based on the holding in that case, we **REVERSE** Defendant's conviction.

FINNEY, C.J., MOORE, WALLER, and BURNETT, JJ., concur.